Jackie B. BLUE *v.* STATE of Arkansas

CR 85-92                                        698 S.W.2d 302

Supreme Court of Arkansas
Opinion delivered November 12, 1985

*Appellant*, pro se.

*Steve Clark*, Att'y Gen., by: *Theodore Holder*, Asst. Att'y Gen., for appellee.

PER CURIAM. Petitioner, Jackie Blue, asks to be allowed to file a *pro se* brief to supplement his court-appointed attorney's brief. The attorney filed what amounts to a "no merit" brief in petitioner's behalf in his appeal from a denial of post-conviction relief.

In order to file a "no merit" brief, petitioner's attorney must file a motion for permission to withdraw as counsel and further comply with Ark. Sup. Ct. Rule 11 (h). Petitioner will then be given 30 days in which to file a *pro se* supplemental brief pursuant to Rule 11 (h).

PURTLE, J., not participating.